# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

143125

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____
In re Conservatorship of JESSIE LEE SIMMONS,
JR.
_____

ELLA LOUISE SIMMONS, Conservator for
JESSIE LEE SIMMONS, JR., a Protected
Individual,
        Appellant,

v

LESLIE C. BRAVERMAN,
        Appellee.

SC: 143125
COA: 297232
Wayne PC: 00-724720-CA

_____/

On order of the Court, the application for leave to appeal the April 14, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

p0829